IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ortega, Marta T

Printed: 12/23/08

Case Number: 05 B 00614
Judge: Wedoff, Eugene R
Filed: 1/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,263.64 |  |
| Secured: |  | 5,853.19 |
| Unsecured: |  | 83.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 397.23 |
| Other Funds: |  | 29.51 |
| Totals: | 8,263.64 | 8,263.64 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,900.00 | 1,900.00 |
| 2. | Americredit Financial Ser Inc | Secured | 5,853.19 | 5,853.19 |
| 3. | Cingular Wireless | Unsecured | 193.94 | 16.40 |
| 4. | Americredit Financial Ser Inc | Unsecured | 795.73 | 67.31 |
| 5. | RoundUp Funding LLC | Unsecured | 66.37 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 22.55 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 132.00 | 0.00 |
| 8. | SBC | Unsecured | 131.63 | 0.00 |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | AUM | Unsecured |  | No Claim Filed |
| 11. | Check N Go | Unsecured |  | No Claim Filed |
| 12. | Direct Tv | Unsecured |  | No Claim Filed |
| 13. | TCF Bank | Unsecured |  | No Claim Filed |
| 14. | IQ Tel | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
| 16. | Village of Oak Park | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,095.41 | $ 7,836.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ortega, Marta T

Printed: 12/23/08

Case Number:  05 B 00614
Judge:  Wedoff, Eugene R
Filed:  1/10/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 40.70 |
| 3% | 29.50 |
| 5.5% | 135.17 |
| 5% | 30.71 |
| 4.8% | 76.68 |
| 5.4% | 84.47 |
|  | $ 397.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

